# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET CIVIL PROCEEDINGS

**Date** 11-11-11     **Judge** Carol E. Jackson     **Case No.** 4:11cv1975 CEJ

**Proceedings Held in Courtroom 15N**

**Cheryl Compton et al vs. St. Louis Metropolitan Board of Police Commissioners et al**

Court Reporter  FTR Gold          Deputy Clerk    K. Moore
Attorney for Plaintiff Joseph Welch, Cynthia West, Maggie Ellinger-Locke

Attorney for Defendant Michael Garvin

**Parties present for  Plaintiffs' Motion for Temporary Restraining Order. Testimony heard. Arguments of counsel made. Court denies Motion for Temporary Restraining Order. Written Order to follow.**

X Exhibit retained by   X counsel  ☐ court

Proceedings commenced: 10:50 p.m.
Proceedings concluded:  11:55 p.m.