UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL COMPTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.  4:11-CV-1975 (CEJ) |
| | ) |
| ST. LOUIS METROPOLITAN | ) |
| BOARD OF POLICE COMMISSIONERS, | ) |
|  et al. | ) |
| | ) |
| Defendants. | ) |

## ORDER

IT IS HEREBY ORDERED that a hearing on the plaintiffs' request for a preliminary injunction will be held on **Tuesday, November 15, 2011, at 9:30 a.m.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of November, 2011.