UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL COMPTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 4:11-CV-01975 CEJ |
| v. | ) |
| | ) |
| ST. LOUIS METROPOLITAN POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

### ENTRY OF APPEARANCE

COMES NOW Associate City Counselor Donald G. Dylewski and hereby enters his appearance as counsel of record for Defendant City of Saint Louis, Missouri.

Respectfully submitted,
PATRICIA A. HAGEMAN
CITY COUNSELOR

/s/ Donald G. Dylewski
Donald G. Dylewski   #25325MO
Associate City Counselor
Attorney for Defendant City of St. Louis and
Room 314, City Hall
St. Louis, MO  63103
314.622.3361
FAX: 314.622.4956
DylewskiD@stlouiscity.com

**Certificate of Service**

      I hereby certify that on November 14, 2011, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Joseph P. Welch
1708 Olive Street
Saint Louis, MO  63103
Attorney for Plaintiffs

Maggie Ellinger-Locke
797 West Terra Lane
O'Fallon, MO  63366
Attorney for Plaintiffs

Cynthia West
625 N. Euclid Ave., Suite 534
Saint Louis, MO  63108
Attorney for Plaintiffs

                                                   /s/ Donald G. Dylewski