# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

## COURTROOM MINUTE SHEET
## CIVIL PROCEEDINGS

Date 11/5/11   Judge Jackson   Case No. 4:11CV1975CEJ

Cheryl Compton, et al. vs. St. Louis Metropolitan Board of Police, et al.

Court Reporter Gary Bond   Deputy Clerk K. Spurgeon

Attorney(s) for Plaintiff(s) Joseph Welch, Maggie Ellinger-Locke, Cynthia West

Attorney(s) for Defendant(s) Mark Lawson, Donald Dyleweski

Parties present for hearing on preliminary injunction; testimony heard; deft makes oral mtn to deny preliminary injunction + asks the Court to dismiss plaintiffs' amended complaint; the Court denies deft's mtn to deny the preliminary injunction; final arguments heard; the Court denies request for preliminary injunction

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Witness_____   Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings Time: 9:40 am - 10:50 am; 11:20 am - 12:20 pm; 1:30 pm - 3:40 pm