UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL COMPTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Cause No. 4:11CV01975 CEJ |
| v. | ) | |
| | ) | |
| ST. LOUIS METROPOLITAN POLICE | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

Come now Jennifer Chestnut Strada, Assistant General Counsel, and enters her

appearance on behalf of Defendants St. Louis Metropolitan Police Department; Board of Police

Commissioners of the St. Louis Metropolitan Police Department; Richard Gray, Jerry Lee,

Bettye Battle-Turner, Thomas Irwin, and Francis Slay, in their official capacities as the Board of

Police Commissioners of the St. Louis Metropolitan Police Department.

BOARD OF POLICE COMMISSIONERS
OF THE CITY OF ST. LOUIS


/s/ Jennifer Chestnut Strada
_____
Mark Lawson  #33337MO
General Counsel
Jennifer Chestnut Strada  #51503MO
Assistant General Counsel
Attorney for Defendants
1200 Clark Ave., Room 609
St. Louis, MO  63103
Phone: (314) 444-5609 Fax: (314) 444-5611


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court on January 5, 2012, to be served by operation of the Court's electronic filing system upon all attorneys of record.

/s/ Jennifer Chestnut Strada