# United States District Court
Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward                                                                                        314-244-7900
 Clerk of Court

February 28, 2012

Scott C. Addison, Legal Observer
9858 Rivermont Dr.
St. Louis, MO  63137

RE:         CHERYL COMPTON, et al., v. ST. LOUIS METROPOLITAN POLICE et al.,
Case #      4:11-CV-1975 (CEJ)

Dear Mr. Addison:

In accordance with the directive of the Honorable Carol E. Jackson, the enclosed document and CD are being returned because of the following:

- You are not an attorney of record in the case and are not allowed to file any pleadings without leave of court.

Sincerely,
JAMES G. WOODWARD, CLERK


By:    /s/ Katie Stamm
       Deputy Clerk


Enclosure(s)