UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 4/2/12 Judge Jackson  Case No. 4:11CV1975 CEJ

Cheryl Compton, et al. vs. St. Louis Board of Police Comm., et al.

Court Reporter _____  Deputy Clerk _____

Attorney(s) for Plaintiff(s) Joseph Welch, Margaret Ellinger-Locke, Timothy Hogan

Attorney(s) for Defendant(s) Mark Lawson, Jennifer Strada, Daniel Emerson

Parties present for a status conference; discussion held; Attorney Hogan's motion for leave to file Supplemental Complaint (#44) & Motion for declaratory judgment (#38) are denied

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness _____  Deft. Witness _____
Pltf. Witness _____  Deft. Witness _____
Pltf. Exhibits: _____
Pltf. Exhibits: _____

Deft. Exhibits: _____
Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 10:50 (a.m.)/p.m.  Concluded 11:00 (a.m.)/p.m.