UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL COMPTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1975 (CEJ) |
| ) | |
| ST. LOUIS METROPOLITAN POLICE ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

IT IS HEREBY ORDERED that the second motion of plaintiffs O'Bryan, Veltre and McFarland for leave to add causes of action and defendants [Doc. #35] is **denied as moot**.

IT IS FURTHER ORDERED that the motion of plaintiffs O'Bryan, Veltre and McFarland for hearing on motion for injunctive relief [Doc. #47] is **denied as moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of May, 2012.