UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL COMPTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) Case No. 4:11-CV-1975 (CEJ) |
| ST. LOUIS METROPOLITAN POLICE DEPARTMENT, et al., | ) ) ) ) |
| Defendants. | ) |

**ORDER**

This matter is before the Court on the motion of defendant City of St. Louis, to compel plaintiffs to respond to interrogatories served by the defendant on June 29, 2012. Plaintiffs have not responded to the motion and the time for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel [Doc. #57] is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiffs shall have until **September 7, 2012**, to answer the defendant's interrogatories.

Failure to comply with this order may result in the imposition of sanctions as authorized by Rule 37(b) of the Federal Rules of Civil Procedure, including dismissal of the action.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 28th day of August, 2012.