IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Cheryl Compton, *et al*. | ) |
| | ) |
|     Plaintiffs, | ) |
| | ) |
| v. | ) Cause No. 4:11-cv-1975-CEJ |
| | ) |
| St. Louis Metropolitan Police Department, | ) |
| *et al*. | ) |
| | ) |
|     Defendants. | ) |

## **MOTION TO WITHDRAW**

Come now Attorneys for Joseph P. Welch, Maggie Ellinger-Locke, and Cynthia D. West, and hereby seek leave of Court to withdraw as counsel of record for the following Plaintiffs in the above-styled civil action:  and in furtherance state:

    1.    Counsel has repeatedly attempted to contact Plaintiffs Jordan W. Bolden, John Harris, Steven Hill, Jonathan McFarland, Keith Rose, Casey Smith, and Frederick L. Vickers via all available means including in most cases telephone, Email and social media.

    2.    Despite counsels' best efforts, no contact has been had and/or no response has been received from the client.

    3.    Without communication further representation is not possible.

    4.    Counsel has also communicated with Plaintiff Bradley Veltre, who expressed the desire to no longer be represented by the undersigned counsel of record.

    WHEREFORE, the undersigned respectfully request leave of Court to withdraw as counsel of record for the above-listed Plaintiffs, and for such further Orders this Court deems just and appropriate under the circumstances.

*cynthia o west*

| Joseph P. Welch, #52414Mo | Cynthia D. West, #61758Mo | Maggie Ellinger-Locke, |
| Attorney at Law | Neighborhood Nonprofit Law | #63802Mo |
| 1708 Olive Street | Center | 797 West Terra Lane |
| St. Louis, MO 63103 | P.O. Box 434074 | O'Fallon, MO 63366 |
| Phone: (314) 367-4878 | St. Louis, MO 63143 | Office: (636) 978-8833 |
| Fax:   (314) 678-3998 | (314) 269-0439 | Cell: (314) 805-7335 |
| Cell:  (314) 494-9729 | (314) 282-2693 facsimile | Fax: (636) 281-1504 |
| jpw@josephwelch.net | Cynthia@nnplc.org | ellinger.locke@gmail.com |

CERTIFICATE OF SERVICE

The above-signed affirms that a copy of the foregoing document was sent to all parties of interest via electronic transmission through the Court's CM-ECF filing system this 10th day of September, 2012.