IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| Bradley Veltre and Johnathan McFarland | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:11-CV-01975 CEJ |
| St. Louis metropolitan Board of Police Commissioners, et al | ) ) ) ) | |
| Defendants. | ) | |

**COUNSEL'S MOTION TO WITHDRAW**

Comes Now Timothy E. Hogan, co-counsel for plaintiffs Bradley Veltre and Johnathan McFarland and requests leave to withdraw in the above-styled cause. In support of counsel's Motion he states as follows:

1. Counsel was engaged *pro bono publico* to represent these plaintiffs and Annabell O'Bryan in an attempt to amend additional parties and substantive complaints to the already pending claims in this cause.

2. The Court denied said requests and counsel was to be granted leave to withdraw in this cause and an additional suit to be filed as costs for the same were made available by plaintiffs.

3. Counsel for plaintiffs has completed the tasks for which he was engage *pro bono* in this cause as co-counsel and requests leave to withdraw so as to clarify plaintiffs' counsel in the pending matter.

WHEREFORE, Timothy E. Hogan requests leave to withdraw as co-counsel in this matter.

Dated: September 12, 2012

Respectfully Submitted:

The Law Offices of Timothy E. Hogan, LLC

By: /-s-/   Timothy E. Hogan
Timothy E. Hogan, #37718MO
The Law Offices of Timothy E. Hogan, LLC
P.O. Box 31334
St. Louis MO 63131
(314) 909-5656
Fax: (314) 909-8765
Co-counsel for Plaintiffs Veltre and McFarland

## **Certificate of Service**

A copy of the foregoing was sent via email to counsel of record this 12th day of September, 2012 to:

Attorneys for Plaintiffs

**Cynthia D. West**
NEIGHBORHOOD NONPROFIT LAW CENTER
7182 Manchester Road - St. Louis, MO 63143
Email: cynthia.d.west@gmail.com

**Margaret E. Ellinger-Locke**
ELLINGER AND ASSOCIATES
797 W. Terra Lane - O'Fallon, MO 63366
Email: ellinger.locke@gmail.com
**Joseph P. Welch**
DERALD L. GAB, P.C.
1708 Olive Street - St. Louis, MO 63103

Email: jpw@josephwelch.net

<u>Attorneys for Defendants</u>

**Mark Lawson**
ST. LOUIS METROPOLITAN POLICE DEPARTMENT
1200 Clark Street, Room 609
St. Louis, MO 63103
Email: mlawson@slmpd.org

**Jennifer R. Strada**
ST. LOUIS METROPOLITAN POLICE DEPARTMENT
1200 Clark Street, Room 609
St. Louis, MO 63103
Email: jrchestnutstrada@slmpd.org

**Michael A. Garvin**
ST. LOUIS CITY COUNSELOR'S OFFICE
1200 Market Street, Room 314
St. Louis, MO 63103
Email: garvinm@stlouiscity.com

**Donald G. Dylewski**
ST. LOUIS CITY COUNSELOR
1200 Market Street
314 City Hall
St. Louis, MO 63103
Email: dylewskid@stlouiscity.com

**Daniel J. Emerson**
ST. LOUIS CITY COUNSELOR
314 City Hall
St. Louis, MO 63103
Email: emersond@stlouiscity.com

/-s-/    Timothy E. Hogan
Timothy E. Hogan, 37718MO