UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CHERYL COMPTON, et al.,                )
                                       )
        Plaintiffs,                    )
                                       )
    vs.                                )   Case No. 4:11-CV-1975 (CEJ)
                                       )
ST. LOUIS METROPOLITAN POLICE,         )
DEPARTMENT, et al.,                    )
                                       )
        Defendants.                    )

## ORDER OF DISMISSAL

In accordance with the Memorandum and Order filed herewith this date,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice** as to all defendants.

The plaintiffs shall bear the costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 31st day of December, 2012.