UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL COMPTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | )   No. 4:11-CV-01975 CEJ |
| v. | ) |
| | ) |
| ST. LOUIS METROPOLITAN POLICE | ) |
| DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT CITY OF ST. LOUIS' VERIFIED STATEMENT OF
REASONABLE ATTORNEYS' FEES**

COMES NOW Defendant City of St. Louis, Missouri ("City"), by and through undersigned counsel, and pursuant to the Court's Order dated December 31, 2012 [Doc. #70], files the following Verified Statement of Reasonable Attorneys' Fees in the above matter:

1. At all times relevant to this filing, Associate City Counselor Daniel J. Emerson was employed as an Attorney III for the City, and his hourly billing rate in that capacity for Civil Rights cases is $275.00 per hour. *See* Exhibit A (Affidavit of Daniel J. Emerson) at ¶ 5.

2. Mr. Emerson expended 16.7 hours at an hourly rate of $275.00, for a total of $4,592.50 in reasonable attorneys' fees expended as a direct result of plaintiffs' failure to respond to discovery. *Id*. at ¶¶ 6 & 7.

3. The City did not incur any taxable court costs as a direct result of plaintiff's failure to respond to discovery. *Id.* at ¶ 8.

WHEREFORE, the City prays an Order from the Court granting award of $4,592.50 in reasonable attorneys' fees against the plaintiffs in this matter and for such other and further relief as the Court deems fair and reasonable under the premises.

        Respectfully submitted,
        PATRICIA A. HAGEMAN
        CITY COUNSELOR


           /s/ Daniel J. Emerson
        Michael A. Garvin    #39817 MO
        Deputy City Counselor
        Daniel J. Emerson    #56808 MO
        Associate City Counselor
        Attorneys for Defendant City of St. Louis
        Room 314, City Hall
        St. Louis, MO  63103
        314.622.3361
        FAX: 314.622.4956
        GarvinM@stlouis-mo.gov
        EmersonD@stlouis-mo.gov

**Certificate of Service**

    I hereby certify that on January 31, 2013, the foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon:

Joseph P. Welch  
1708 Olive Street  
Saint Louis, MO  63103

Maggie Ellinger-Locke  
797 West Terra Lane  
O'Fallon, MO  63366

Cynthia West  
625 N. Euclid Ave., Suite 534  
Saint Louis, MO  63108  
Attorneys for Plaintiffs

Timothy Hogan  
P.O. Box 31334  
Saint Louis, MO  63131  
Attorney for Plaintiffs  
Veltre and McFarland

Mark Lawson  
Jennifer R. Chestnut-Strada  
1200 Clark, Room 609  
Saint Louis, MO  63103  
Attorneys for Defendant St. Louis Metropolitan Police Department

          /s/ Daniel J. Emerson