UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CHERYL COMPTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11-CV-1975 (CEJ) |
| | ) | |
| ST. LOUIS METROPOLITAN POLICE, | ) | |
| DEPARTMENT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court having been advised that plaintiffs have satisfied their obligation for attorneys' fees to defendant City of St. Louis,

**IT IS HEREBY ORDERED** that the motion of defendant City of St. Louis for attorneys' fees [Doc. #74] is **moot**.

**IT IS FURTHER ORDERED** that the motion for attorneys' fees filed by the Police Defendants [Doc. #72] shall remain stayed until **December 31, 2013**.

**IT IS FURTHER ORDERED** that the Police Defendants shall file a status report with respect to their receipt of attorneys' fee payments on or before **December 31, 2013**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 12th day of September, 2013.