UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHERYL COMPTON, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:11-CV-1975 (CEJ) |
| ) | |
| ST. LOUIS METROPOLITAN POLICE, ) | |
| DEPARTMENT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Court having been advised that plaintiffs have satisfied their obligation to pay the attorneys' fees of defendants, St. Louis Metropolitan Police Department, Board of Commissioners of the St. Louis Metropolitan Police Department, Richard Gray, Jerry Lee, Bettye Battle-Turner, Thomas Irwin, and Francis Slay,

**IT IS HEREBY ORDERED** that the motion of defendants' motion for attorneys' fees [Doc. #72] is **moot**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of February, 2014.